854

appearance for respondents.

No. 243. ANAHMA REALTY CORP. v. BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Martin Taylor* and *Nathaniel T. Guernsey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner, W. Marvin Smith,* and *Clarence M. Charest* for respondent.

No. 244. ROBERTSON v. CHICAGO, ROCK ISLAND & PACIFIC RY. CO. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Frederick M. Miner* for petitioner. *Messrs. Thomas D. O'Brien, Alexander E. Horn,* and *Edward S. Stringer* for respondent.

No. 245. REICHELDERFER ET AL. v. AMERICAN SECURITY & TRUST CO. ET AL.; and
No. 246. SAME v. HEURICH. October 13, 1930. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William W. Bride, Vernon E. West,* and *Francis H. Stephens* for petitioners. *Messrs. Frederic D. McKenney, Wilton J. Lambert, John S. Flannery, Rudolph H. Yeatman, G. Bowdoin Craighill,* and *Alexander H. Bell* for respondents. Reported below: 40 F. (2d) 813, 815.

No. 414. REICHELDERFER ET AL. v. DODGE. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wil-*

liam W. Bride, Vernon E. West, and Francis H. Stephens for petitioners. No appearance for respondent.

No. 247. GREAT NORTHERN RY. CO. v. BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. F. G. Dorety and J. P. Plunkett for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist and Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner, W. Marvin Smith, Clarence M. Charest, and Percy S. Crewe for respondent.

No. 248. CHESAPEAKE & OHIO RY. CO. v. FULTZ, ADMINISTRATRIX; and
No. 249. SAME v. SAME. October 13, 1930. Petition for writs of certiorari to the Appellate Court of Indiana and to the Supreme Court of Indiana denied. Mr. Albert H. Cole for petitioner. Messrs. Tom Davis and Ernest A. Michel for respondent. Reported below: 161 N. E. 835.

No. 250. NICKMAN v. NEW YORK LIFE INS. CO. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. John A. Cline for petitioner. Mr. James R. Garfield for respondent.

No. 251. RUBIO v. COLLECTOR OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. Messrs. C. A. DeWitt, E. A. Perkins, Dean Hill Stanley, and